MEYERKORTH ET AL. *v.* NEBRASKA ET AL.

No. 827. Decided April 15, 1963.

*James N. Ackerman* for appellants.

*Clarence A. H. Meyer,* Attorney General of Nebraska, and *Melvin K. Kammerlohr,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

JOHNSON *v.* DOWD, WARDEN.

No. 1, Misc. Decided April 15, 1963.

Petitioner *pro se.*

*Edwin K. Steers,* Attorney General of Indiana, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Lane* v. *Brown,* 372 U. S. 477.